IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ESSIE DAWAIN HOPKINS | § | |
| VS. | § | CIVIL ACTION NO.  1:19-CV-118 |
| HENRY BROWN, ET AL. | § | |

### ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Essie Dawain Hopkins, a prisoner previously confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Henry Brown, D. Akotos, Crystle Johnson, Rockella Neal, and Kaylin Vinson.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends granting the motion for summary judgment filed by defendants Brown and Johnson.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and the pleadings.  Plaintiff filed objections to the magistrate judge's report and recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  *See* FED. R. CIV. P. 72(b).  After careful consideration, the court concludes the objections are without merit.

## ORDER

Accordingly, plaintiff's objections (document no. 14) are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge (document no. 12) is **ADOPTED**. The motion for summary judgment (document no. 11) is **GRANTED**. Defendants Henry Brown and Crystle Johnson are **DISMISSED** from this action.

**SIGNED** this the 27 day of **October, 2020.**

_____
Thad Heartfield
United States District Judge