IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ESSIE DAWAIN HOPKINS | § | |
| VS. | § | CIVIL ACTION NO.   1:19-CV-118 |
| HENRY BROWN, ET AL. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Essie Dawain Hopkins, a prisoner previously confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Dominic Akotor, Rockella Neal, and Kaitlyn Vinson.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting the defendants' motion for summary judgment.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report and recommendation of the Magistrate Judge (document no. 25) is **ADOPTED**.

Defendants' motion for summary judgment (document no. 23) is **GRANTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

    **SIGNED** this the 2 day of **August, 2021.**

_____
Thad Heartfield
United States District Judge